### *Ralph Pomroy* v. *The Columbian Insurance Company.*

BOGERT applied, in this case, for a new trial, on an affidavit of newly discovered evidence from *A. B.* a man of good character and reputation.

*Starr* offered affidavits, to show the person from whom the information was derived, was a man not worthy of belief, and in the present instance actuated by motives of revenge.

*Bogert* objected to their being received, because it was trying a man's character, in a collateral way, by surprise, when he could never expect to be called on to support it, and must, therefore, be unprepared.

*Per Curiam.* This person comes forward, in the light of a witness : every man who does so, puts his general character in issue. You have invited the inquiry, by stating him to be a man of character and reputation. Every witness at a trial is equally unprepared ; we do not, therefore, see why we may not question his credibility as much as if he was before a jury. Read the affidavits.

SPENCER, J. I dissent entirely from this determination. I think it may lead to very oppressive and serious consequences. A man's character is to be sifted, not from what he appears and says himself, but from what others relate of him. He may not even be present, when the information he gives is made use of, and must, therefore, be surprised by such an inquiry. I cannot agree to trying a man's reputation in this manner.